UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYUNGJIN YU,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LaROSE, Senior Warden Otay Mesa Detention Center; PAMELA BONDI, United States Attorney General; KRISTI NOEM, Secretary of the Department of Homeland Security; PATRICK DIVVER, ICE San Diego Field Office Director, in their official capacities,<br><br>                                    Respondents. | Case No.:  26cv0815-GPC(DDL)<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT** |

On February 10, 2026, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 seeking to be released from her prolonged detention.  (Dkt. No. 1, Pet.)  On February 12, 2026, Respondents filed a notice of intent to execute order of removal. (Dkt. No. 4.)  On February 13, 2026, Respondents filed a return and on February 17, 2026, Petitioner filed a traverse.  (Dkt. Nos. 5, 7.)  The Court held a hearing on February 20, 2026.  (Dkt. No. 8.)  At the hearing, the government indicated that Petitioner is scheduled to be removed that evening.  On February 23, 2026, Respondents filed a notice informing

the Court that Petitioner was removed to South Korea on February 20, 2026. (Dkt. No. 9.) Thus, because Petitioner has been released from detention through removal, the Court DENIES the petition for writ of habeas corpus as MOOT.

IT IS SO ORDERED.

Dated:  February 24, 2026

Hon. Gonzalo P. Curiel
United States District Judge

26cv0815-GPC(DDL)